**Order entered March 7, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00184-CR

### VICTOR LEE WILKS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F16-41359-Y**

## ORDER

We **GRANT** the State's March 6, 2019 Second Motion for Extension of Time to File State's Brief and Motion to Accept Brief Tendered and **ORDER** the State's Brief filed as of the date of this order.

/s/    DAVID J. SCHENCK
PRESIDING JUSTICE